HERMANN SCHROEDER and JOHANNA M. SCHROEDER, Appellants, v. THE DIME SAVINGS BANK OF BROOKLYN, Respondent.— In an action for an accounting of the rents and profits received by defendant mortgagee prior to foreclosure, plaintiffs, the former owners of the mortgaged premises, claim that the mortgagee unlawfully entered the premises and collected rents. The defendant claims its acts were done with the consent and acquiescence of plaintiffs. Judgment in favor of defendant unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Davis, Adel and Close, JJ.

LEON STEIN, Appellant, v. HAROLD GREENBLATT, IDA GREENBLATT and JAMES SCHRAMM, Respondents.— Action to recover damages for injuries sustained by plaintiff through a collision between an automobile in which he was a guest and another automobile. Judgment in so far as it dismisses the action as against defendant Schramm unanimously affirmed, with costs. In so far as it is in favor of plaintiff and against defendants Greenblatt, the judgment is reversed on the law and the facts and a new trial granted, with costs to appellant to abide the event, on the ground that the sum awarded by the jury ($400) was inadequate. Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ., concur.

HARRY STEMPLER and MORRIS STEMPLER, Respondents, v. BERNARD ZOLOTOROFE, Appellant, and CHARLES & Co., INC., Defendant.— Order granting plaintiffs' motion to amend the complaint and bring in an additional party defendant affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ., concur.